IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3067 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARK A. SKODA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. In light of the fact that trial remains scheduled for December 12, 2011, objections to Magistrate Zwart's findings and recommendation (filing 51), if any, shall be filed on or before December 5, 2011. If Defendant files a statement of objections to Magistrate Zwart's findings and recommendation, Plaintiff may file an opposing brief on or before December 7, 2011.

IT IS ORDERED:

1. Objections to Magistrate Zwart's findings and recommendation (filing 51), if any, shall be filed on or before December 5, 2011.

2. If Defendant files a statement of objections to Magistrate Zwart's findings and recommendation, Plaintiff may file an opposing brief on or before December 7, 2011.

DATED this 29th day of November, 2011.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge